# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | PUSHPA LATA PATEL | | |
| **Case Number:** | 4:10-BK-29008-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, APRIL 11, 2011 10:00 AM   COURTROOM 430 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | CHRISTINA JOHNSON | | |

## *Matter:*

DEBTOR'S EMERGENCY MOTION FOR ORDER SETTING ASIDE ORDER ABANDONING ESTATE'S INTEREST IN REAL PROPERTY AND APPROVING SALE OF ASSETS PURSUANT TO 11 USC SEC. 363(B)

**R / M #:**   95 / 0

## *Appearances:*

JARED G. PARKER, ATTORNEY FOR PUSHPA LATA PATEL, APPEARING BY PHONE
DARYL DORSEY, ATTY U. S. BANK, APPEARING BY PHONE

## *Proceedings:*

MR. PARKER RENDERS AN UPDATE.  THE PROPERTY HAS NO EQUITY, AND THERE ARE TWO LIENS AGAINST IT.   A SALE OFFER CAME IN.  HE IS SEEKING TO OVERTURN THE ABANDONMENT ORDER, SO A SALE CAN BE DONE THROUGH A 363 ORDER, AND PROCEEDS CAN BE DISTRIBUTED TO THE TWO SECURED CREDITORS.

COURT:  THERE WILL BE NO DISTRIBUTION TO BANK OF AMERICA, CORRECT?

MR. PARKER STATES HE FEELS THERE WILL BE AN AGREEMENT.  THERE MAY NOT BE ANYTHING FOR THE SECOND, AND DISTRIBUTION WILL NOT GO BEYOND THE SECUREDS.

COURT:  IS THERE A CONSENT TO THE SALE FROM BANK OF AMERICAN?

MR. PARKER RESPONDS.

MR. DORSEY STATES HE IS NOT AWARE OF ANY AGREEMENT BETWEEN U. S. BANK AND THE BANK OF AMERICA.  HE HASN'T FILED AN OBJECTION TO THE EMERGENCY MOTION.

COURT:  IF THE DEBTOR DOESN'T GET CONSENT, THE COURT CAN'T APPROVE THE SALE.

MR. PARKER STATES HE FEELS THERE IS CONSENT AND EXPLAINS WHY.

THE COURT HAS TO DETERMINE VALUE.

MR. PARKER STATES A CONFIRMATION HEARING HAS BEEN SET AND WILL BE HEARD SHORTLY.

COURT:  WHY NOT AMEND THE PLAN AND PRESENT EVIDENCE ON VALUE AT THE CONFIRMATION HEARING?  THIS MATTER WILL BE CONTINUED TO MAY 10, 2011 AT 1:30 P.M.