**DECONCINI MCDONALD YETWIN & LACY, P.C.**
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520
Jared G. Parker #006428
jparker@dmylphx.com
Jeannette L. Bickner #009409
jbickner@dmylphx.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| PUSHPA LATA PATEL, | No. 4:10-bk-29008-JMM |
| Debtor. | |
| . | **REPORT OF BALLOTING** |

COMES NOW, Jared G. Parker, and subject to penalties of perjury, states to the Court the following:

1. He is the duly authorized and acting attorney for the above named Debtor.

2. Pursuant to an Order of this Court, he has examined and reviewed all ballots herein and has supervised the preparation of a tabulation of the results stated below.

3. That there have been three (3) ballots received by him on or before the stated deadline of May 3, 2011 and three additional ballots received on the two days thereafter. That to the best of his knowledge and belief, that these ballots represent all votes cast herein.

4. That one (1) objection to confirmation of the plan has been received.

Creditor, U.S. Bank, a secured, impaired creditor, filed an objection but did not cast a ballot.

5. He has supervised the preparation of a tabulation of said ballot and the results of said tabulation are as follows:

**CLASS 1 - Creditors Holding Administrative Claims** -0-
Ballots received on or by May 3, 2011.

**Class 2: Creditors Holding Priority Claims** -1-
Ballots received on May 4, 2011.

Class 2: City of Apache Junction - $42,000.00    Yes

**Class 3: Creditors Holding Secured Claims on Real Property** -1-
Ballots received on or by May 3, 2011.

Class 3(j) Pinal County Treasurer – assigned to
Ardwen Fund 3, LLC - $244,628.33    Yes

**Class 4: Creditors Holding Claims Secured by Personal Property** -0-
Ballots received on or by May 3, 2011.

**Class 5: Executory Contracts** -0-
Ballots received on or by May 3, 2011.

**Class 6: General Unsecured Creditors** -4-
Ballots received on or by May 3, 2011.

Class 6:   Citicorp Credit Services, Inc. - $858.57    No

Class 6:   Target National Bank - $1,525.59    Yes

Ballots received on May 4, 2011.

Class 6:   City of Apache Junction - $8,870.58    Yes

Ballots received on May 5, 2011.

Class 6:   Super 8 Worldwide, Inc. - $162,335.17    Yes

RESPECTFULLY SUBMITTED this 5th day of May, 2011.

DECONCINI MCDONALD YETWIN & LACY, P.C.

/s/ Jared G. Parker, #006428
Jared G. Parker, Esq. (#006428)
Attorney for Debtor-in-Possession

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing electronically filed this 5th day of May, 2011: |
| 3 | |
| 4 | By: /s/ Donna D. Bryant<br>Donna D. Bryant<br>Legal Assistant to Jared G. Parker, Esq. |
| 5 | Direct Line: 602.282.0468 |